Lewis Roca Rothgerber, LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Kristina N. Holmstrom, State Bar No. 023384
Direct Dial:  (602) 262-5762
Direct Fax:  (602) 734-3875
EMail: KHmstrom@LRRLaw.com

Attorneys for Defendants Management & Training Corporation and
Life Insurance Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD G. RAMSEY,<br><br>              Plaintiff,<br><br>vs.<br><br>MANAGEMENT & TRAINING CORPORATION/ARIZONA STATE PRISON KINGMAN, and LIFE INSURANCE COMPANY OF N.A. (A CIGNA COMPANY),<br><br>              Defendants. | No. 4:13-cv-00345-DCB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each party will bear its own attorneys' fees and costs.

      DATED this 24th day of September, 2013.

BENHAM & ANAISE, LLC                     LEWIS ROCA ROTHGERBER LLP

By  /s/ David Anaise (with permission)         By  /s/ Kristina N. Holmstrom
    David Anaise                                        Kristina N. Holmstrom
  177 N. Church Avenue                         40 North Central Avenue
  Suite 883                                           Suite 1900
  Tucson, AZ  85701                            Phoenix, Arizona  85004-4429
Attorneys for Plaintiff                            Attorneys for Defendants Life Insurance Company of North America and Management & Training Corporation

3763304.1